UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

IN RE: Restrictions on Visitors to
Courthouses

------------------------------------------------x

20 MISC 0138

JUDGE McMAHON

STANDING ORDER

M10-468

The Centers for Disease Control having advised people to take precautions in light of the COVID-19 virus (coronavirus) outbreak, and noting that the best way to prevent illness is to avoid being exposed to this virus, it is hereby

ORDERED, effective immediately, that the following persons shall not enter any courthouse in the Southern District of New York:

- Persons who have been in any of the following countries within the last 14 days:

    CHINA
    SOUTH KOREA
    JAPAN
    ITALY
    IRAN

    (This list may be updated as further guidance is received.)

- Persons who reside or have had close contact with someone who has been in one of the countries listed above within the last 14 days;

- Persons who have been asked to self-quarantine by any doctor, hospital or health agency;

- Persons who have been diagnosed with, or have had contact with, anyone who has been diagnosed with COVID-19.

**Anyone attempting to enter in violation of these protocols will be denied entry by a Court Security Officer.**

If you have a scheduled appointment or you are otherwise required to appear at one of the courthouses in the Southern District of New York, and you are unable to appear because of the restrictions listed above, you should proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and you are scheduled to appear in court before a judge, please contact that chambers directly (contact information may be found in the judges' Individual Practices);

- If you are scheduled to meet with a Pretrial Services officer, please contact the office of Pretrial Services at (212) 805-4300;

- If you are scheduled to meet with a Probation officer, please contact the Probation office at (212) 805-0040;

- If you are a juror, please contact the Jury Department at (212) 805-0179;

- For Court of Appeals matters, please contact Catherine Wolfe, Clerk of Court, at (646) 584-2696;

- For Bankruptcy Court matters, please contact Bankruptcy Court Services at (212) 284-4040;

- For District Court matters, please contact the Clerk of Court at (212) 805-0140;

- For all other matters, please contact the District Executive Office at (212) 805-0500.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. People who think they may have been exposed to COVID-19 should contact their healthcare provider immediately.

Dated: March 9, 2020
New York, NY

SO ORDERED:

_____
Colleen McMahon
Chief United States District Judge