|  |  |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 20MC138<br>Judge Colleen McMahon |
| IN RE: CORONAVIRUS/COVID-19 PANDEMIC | M10-468 |
| THIS MATTER RELATES TO: Restrictions on Visitors to the Courthouses | THIRD AMENDED STANDING ORDER |

To protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the United States District Court for the Southern District of New York hereby orders that, effective immediately, that the following persons shall not enter any courthouse in the Southern District of New York:

- Persons who have been advised to self-quarantine by any doctor, hospital or health agency within the last 14 days;

- Persons who have been diagnosed with COVID-19 within the past 14 days;

- Persons have had contact in the past 14 days with anyone who has been diagnosed with COVID-19, unless that person was diagnosed more than 14 days ago and the person has been symptom-free for the past 72 hours;

- Persons who have had fever, cough, shortness of breath, or loss of sense of taste or smell within the past 14 days.

**Anyone attempting to enter in violation of these protocols will be denied entry by a Court Security Officer**.

If you have a scheduled appointment or you are otherwise required to appear at one of the courthouses in the Southern District of New York, and you are unable to appear because of the restrictions listed above, you should proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and you are scheduled to appear in court before a judge, please contact that chambers directly (contact information may be found in the judges' Individual Practices);

- If you are scheduled to meet with a Pretrial Services officer, please contact the office of Pretrial Services at (212) 805-4300;

- If you are scheduled to meet with a Probation officer, please contact the Probation office at (212) 805-0040;

- If you are a juror, please contact the Jury Department at (212) 805-0179;

- For Court of Appeals matters, please contact Catherine Wolfe, Clerk of Court, at (646) 584-2696;

- For Bankruptcy Court matters, please contact Bankruptcy Court Services at (212) 284-4040;

- For District Court matters, please contact the Clerk of Court at (212) 805-0140;

- For all other matters, please contact the District Executive Office at (212) 805-0500.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. People who think they may have been exposed to COVID-19 should contact their healthcare provider immediately.

SO ORDERED:

Dated:

    New York, NY

_____

    Colleen McMahon
    Chief United States District Judge